```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SNOWBRIDGE ADVISORS LLC et al.,       :
                                      :
         Plaintiffs,                  :
                                      :         21-cv-9086 (JSR)
            -v-                       :
                                      :         ORDER
ESO CAPITAL PARTNERS UK LLP et al.,   :
                                      :
         Defendants.                  :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is the motion of defendants Soho Square Capital LLP ("Soho Square"), Walid Fakhry, and Stephen Edwards to dismiss plaintiffs' claims against them for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). ECF No. 26.

Upon due consideration, the Court grants in part and denies in part the motion of Soho Square, Fakhry, and Edwards to dismiss plaintiffs' claims against them. The Court grants the 12(b)(2) motion to dismiss the claims against Fakhry and Edwards for lack of personal jurisdiction; even if personal jurisdiction were proper as to Fakhry and Edwards, the Court also grants the 12(b)(6) motion to dismiss Counts Three and Five against Fakhry, Edwards, and Soho Square for failure to state a claim. The Court denies,

however, Soho Square's 12(b)(2) motion and its 12(b)(6) motion to dismiss Count Two.

Further discovery on jurisdiction is denied as unnecessary. Plaintiffs' request for leave to amend their claims is also denied; having been specifically asked at oral argument what facts they would add to an amended complaint, plaintiffs were unable to provide any specific examples.

The Court will issue an opinion setting forth the reasons for this ruling by no later than March 18, 2022.

SO ORDERED.

Dated:   New York, NY

         March 3, 2022                    _____
                                          JED S. RAKOFF, U.S.D.J.