UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SNOWBRIDGE ADVISORS LLC, et al.,

                Plaintiffs,

-against-                                              21 **CIVIL** 9086 (JSR)

## JUDGMENT

ESO CAPITAL PARTNERS UK LLP, et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated April 11, 2022, and the Court's Order dated March 28, 2022, the Court grants both motions and dismisses the complaint. The claims of plaintiff Snowbridge Advisors LLC for breach of contract against ESO Partners and for breach of contract against Soho Square as successor are dismissed for lack of subject matter jurisdiction. The claims of plaintiff Snowbridge Securities LLC for breach of contract against ESO Partners and for breach of contract against Soho Square as successor are dismissed for lack of standing. The Court also grants the motions of ESO Partners and Soho Square to dismiss Count Six because the request for a declaratory judgment is duplicative of the breach of contract and breach of contract as successor claims in Counts One and Two, and it does not serve a useful purpose to clarify the legal issues involved or otherwise finalize the controversy or offer relief from uncertainty. Finally, plaintiffs' request for leave to replead is denied as futile; accordingly, the complaint is dismissed.

**Dated:** New York, New York

        April 12, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                               **BY:**      *K. Mango*

                                                          **Deputy Clerk**